UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KADIR LENGESSO,

Petitioner,

v.

CURTIS J. ALJETS,
INS District Director,

Respondent.

Civil No. 01-996 (DSD/FLN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, claiming that the U.S. Immigration and Naturalization Service (INS) is causing him to be unlawfully held in custody at the Minnesota Correctional Facility in Rush City, Minnesota.

Respondent is directed to make a return in writing within 20 days from the date of this order, certifying the true cause of Petitioner's detention and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the legality of Petitioner's incarceration;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position, as well as Respondent's recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition in light of the requirements of relevant statutes and other pertinent authority; and

3. Certified copies of all documents from Petitioner's criminal court proceedings, prison records, and/or INS proceedings, which may be germane to the issues raised by

FILED 6-28-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

the petition.

Absent compliance with this order within the 20 day time period, the Court will entertain a motion to grant the relief prayed for in said petition.

Dated: June 27, 2001

FRANKLIN L. NOEL
Chief Magistrate Judge