UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-996 DSD/FLN

| | | |
|---|---|---|
| KADIR LENGESSO, Petitioner, | ) | |
| v. | ) | **ORDER** |
| CURTIS J. ALJETS, INS DISTRICT DIRECTOR, Respondent. | ) | |

This matter came before the Court on the Motion For Extension of Time by the Respondent, and no hearing thereon being necessary, it is hereby

ORDERED that the time within which the Respondent has to respond to the petition is extended to and including August 3, 2001.

Dated: July 5, 2001

FRANKLIN L. NOEL
United States Magistrate Judge

FILED 6-9-01
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______